IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-507-DCK

| | |
|---|---|
| KENNETH ALLEN JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion For Remand" (Document No. 16) filed May 1, 2020. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion For Remand" (Document No. 16) is **GRANTED**. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this action for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991); <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

**SO ORDERED**.

Signed: May 4, 2020

David C. Keesler
United States Magistrate Judge